UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JADE SCOTT CONNORS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | MISC. ACTION NO. B-99-007 |
| GARY JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Petitioner is hereby ORDERED to provide the court with the following information: the date of his conviction in state court, the date the court of appeals affirmed his conviction, the date his state habeas corpus petition was decided, and the state court's decision on his state writ for habeas corpus.

Petitioner is further ORDERED to show cause why his petition should not be dismissed as time barred.

Petitioner has 30 days to provide the above information.

Petitioner should be aware that standardized habeas corpus petition forms are available, and Petitioner should refer to them before filing information with the court.

Done in Brownsville, Texas, this 17th day of November, 1999.

_____
Felix Recio
United States Magistrate Judge