UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 23 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JADE SCOTT CONNORS | * |
| | * |
| VS | * C.A. NO. B99 007 |
| | * |
| GARY L. JOHNSON | * |

## O R D E R

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **February 22, 2000**.

DONE at Brownsville, Texas, this **21st** day of December 1999.

_____
Felix Recio
United States Magistrate Judge