6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 08 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

JADE SCOTT CONNORS                    *

    VS                                *    MISC. No. B-99-007

GARY L. JOHNSON, DIRECTOR              *
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

## ORDER SETTING HEARING

A hearing is hereby set for **March 14, 2000, at 2:00 p.m.**, in above-captioned and numbered cause of action, to show cause why Petitioner's 28 U.S.C. § 2254 Writ of Habeas Corpus should not be granted for lack of governmental response.

DONE at Brownsville, Texas, this 8th of March 2000.

_____
Felix Recio
United States Magistrate Judge
Courtroom No. 1, 2nd Floor
600 E. Harrison, #203
Brownsville, TX  78520-7114
956/548-2701