9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JADE SCOTT CONNORS * | |
| * | |
| VS * | MISC. NO. B-99-007 |
| * | |
| GARY L. JOHNSON, DIRECTOR * | |
| TEXAS DEPARTMENT OF CRIMINAL * | |
| JUSTICE, INSTITUTIONAL DIVISION * | |

## ORDER DENYING MOTIONS

On this the 15th day of March 2000, the following motions, in the above-captioned and numbered cause of action, came on to be considered:

　　No. 7:　Petitioner's Motion for Default Judgment and

　　No. 8:　Petitioner's Motion for Summary Judgment.

The Court, after considering said Motions, is of the opinion that the Motions should be denied.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Motion for Default Judgment and Motion for Summary Judgment are hereby **DENIED**.

Done at Brownsville, Texas, this 15th day of March 2000.

　　　　　　　　　　　　　　　　　Felix Recio
　　　　　　　　　　　　　　　　　United States Magistrate Judge