10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JADE SCOTT CONNORS | * | |
| | * | |
| VS | * | MISC. NO. B-99-007 |
| | * | |
| GARY L. JOHNSON, DIRECTOR | * | |
| Texas Department of | * | |
| Criminal Justice, | * | |
| Institutional Division | * | |

### ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION

Came on to be considered Petitioner's Motion Extension of Time to Comply With the Court's Order to Provide Information and Reply to Show Cause Hearing Order and the Court, having considered said Motion, finds that said motion should be granted.

**IT IS SO ORDERED.**

DONE at Brownsville, Texas, on 15th day of March 2000.

Felix Recio
United States Magistrate Judge