15

United States District Court
Southern District of Texas
ENTERED

MAY 25 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *JADE SCOTT CONNORS,* | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. B-99-007 |
| | § | |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent, | § | |

# ORDER

CAME ON this day for consideration Respondent Johnson's Second Motion for Extension of Time, and the court having considered said Motion is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's time for filing an answer or responsive pleading should be and hereby is extended up to and including the 16th day of June, 2000.

SIGNED on this the 24th day of May, 2000.

_____
JUDGE PRESIDING