20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JADE SCOTT CONNORS, | § | |
| Petitioner, | § | |
| | § | MISC |
| v. | § | Civil Action No. B-99-007 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER TO EXTEND TIME

CAME ON TO BE HEARD Respondent Johnson's Final Motion for Extension of Time with Brief in Support, and this Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Respondent Johnson's Final Motion for Extension of Time be GRANTED, and that the Respondent's time for filing a response to the habeas petition is hereby extended for a period of ten days, up to and including July 21, 2000.

It is so ORDERED.

SIGNED on this the 12th day of September, 2000.

_____
JUDGE PRESIDING