22

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 1 0 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JADE SCOTT CONNORS,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | MISC. NO. B-99-007 |
| GARY JOHNSON, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondents. | §<br>§<br>§<br>§ | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Petitioner Connors' § 2254 Petition is hereby DENIED.[18]

DONE in Brownsville, Texas this ____9____ day of ____May____ 2001.

Hilda Tagle
United States District Judge

---

[18]   Pleading No. 1.

7